**Order entered September 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00716-CV

**JOHN CHOWDHURY AND SUMI CHOWDHURY, Appellants**

**V.**

**KINGDOM GROUP INVESTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01053-E**

## ORDER

The reporter's record is past due. By letter dated September 17, 2018, Vikki Ogden, Official Court Reporter for County Court as Law No. 5, informed the Court that the reporter's record has been prepared and she is waiting on final payment. Accordingly, we **ORDER** appellants to file, by **September 28, 2018**, written verification that they have paid the final payment. We caution appellants that failure to file the requested written verification within the time specified may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Ogden and all parties.

/s/     ADA BROWN
        JUSTICE